IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Civil Action No. 24-3924 |
| ANGELINO TIGREROS, | : | |
|     Debtor. | : | Bankruptcy No. 19-17665 |
| | : | |
| ANGELINO TIGREROS, | : | Adversary No. 21-00015 |
|     Plaintiff/Debtor/Appellee, | : | |
| | : | |
| v. | : | |
| | : | |
| ORIGEN CAPITAL INVESTMENTS, III, LLC, | : | |
|     Defendant/Appellant. | : | |

**ORDER**

**AND NOW**, this 4th day of June, 2025, upon review of the parties' briefs in this matter together with a review of the record from the bankruptcy proceedings, and after oral argument being held, it is hereby **ORDERED** as follows:

    1. The judgment of the Bankruptcy Court is **AFFIRMED**.

    2. This matter shall be **CLOSED**

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**

1